# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN SMITH, | |
| Plaintiff, | Docket No. 2:21-CV-000295-WSH |
| vs. | Civil Action |
| TERVITA ENVIRONMENTAL SERVICES, CORP. | |
| | JURY TRIAL DEMANDED |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW ALLISON N. GENARD AS COUNSEL FOR DEFENDANT

The law firm of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") hereby moves to withdraw Allison N. Genard, Esquire in this matter and states as follows:

1. Obermayer currently represents Defendant Tervita Environmental Services, Corp. in this matter.

2. Attorney Genard is no longer employed by Obermayer.

3. Defendant remains represented by other Obermayer attorneys whose appearance is entered in this matter.

4. Obermayer respectfully requests that this Court grant leave to withdraw Allison N. Genard from representation of Defendant in this matter.

WHEREFORE, Obermayer respectfully requests that this Court grant leave for Alllson N. Genard, Esquire, to withdraw as Counsel for Defendant in this matter.

Dated: July 26, 2021        *s/ Andrew J. Horowitz*
                            Andrew J. Horowitz, Esq. (Pa. ID No. 311949)
                            Bruce C. Fox, Esq. (Pa. ID No. 42576)

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Phone: (412) 566-1500
Fax: (412) 281-1530
andrew.horowitz@obermayer.com
*Counsel for Defendant Tervita Environmental Services*

## **CERTIFICATE OF SERVICE**

      The undersigned counsel certifies that all counsel of record are being served with a true and correct copy of this document via the Courts CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                                             s/ Andrew J. Horowitz
                                             Andrew J. Horowitz